IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OTIS SHANNON, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:18cv962-MHT |
| | ) | (WO) |
| WALTER WOODS, Warden, | ) | |
| | ) | |
|     Respondent. | ) | |

OPINION AND ORDER

Petitioner, a federal prisoner, filed a motion for preliminary injunction seeking an order that he be sent to a residential reentry center. This case is before the court on the recommendation of the United States Magistrate Judge that petitioner's motion for preliminary injunction be denied. Also before the court are petitioner's objections to the recommendation. Upon an independent and de novo review of the record, and because petitioner has failed to show a likelihood of success on the merits, it is ORDERED as follows:

(1) Petitioner's objections (doc. no. 22) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 20) is adopted.

(3) The motion for preliminary injunction (doc. no. 18) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 28th day of January, 2019.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**