IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| OTIS SHANNON,            )<br>                          )<br>    Petitioner,         )<br>                          )<br>    v.                    )<br>                          )<br>WARDEN W. WOODS,          )<br>                          )<br>    Respondent.           ) | CIVIL ACTION NO.<br>2:18cv962-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 40) is adopted.

(2) The 28 U.S.C. § 2241 petition (Doc. 1) is dismissed with prejudice as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

DONE, this the 31st day of March, 2021.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE